# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Infogation Corporation,** <br><br> Plaintiff, <br><br> v. <br><br> **DENSO TEN Limited,** <br><br> Defendant. | Case No. 2:24-cv-00302-JRG <br><br> Jury Trial Demanded <br><br> **LEAD CASE** |
| **Infogation Corporation,** <br><br> Plaintiff, <br><br> v. <br><br> **Aisin Corporation,** <br><br> Defendant. | Case No. 2:24-cv-00301-JRG <br><br> Jury Trial Demanded <br><br> **MEMBER CASE** |

## UNOPPOSED MOTION FOR TIME TO COMPLY WITH P.R. 3-1 & 3-2

Plaintiff Infogation Corporation ("Plaintiff") here files this Unopposed Motion for an Extension of Time to Comply with P.R. 3-1 & 3-2 as to Defendants DENSO TEN Limited and Aisin Corporation.

Plaintiff has requested and Defendant agrees to extend until August 1, 2024.

Defendants' deadline to comply with P.R. 3-3 & 3-4 as well as to serve Subject-Matter Eligibility Contentions would be similarly extended, to September 26, 2024.

A proposed order is included herewith.

July 5, 2024,

                                                */s/ Christopher Honea*
                                                Christopher Honea

Texas Bar No. 24059967
chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel is unopposed to the relief requested herein.

*/s/ Christopher Honea*
Christopher Honea

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Christopher Honea*
Christopher Honea